UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY JOEL JUDY,

    Plaintiff,

v.                                                    Case No: 8:12-cv-1387-T-30MAP

YUNIS ENTERPRISES, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #7). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of November, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1387 dismiss 7.docx